United States District Court
Southern District of Texas
FILED

SEP 12 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal No.  M-17-1154-S1 |
| § | |
| JUAN PEREZ-ESTRADA § | |
| SALOMON RIVERA § | |
| CARLOS ALBERTO GARZA § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about June 19, 2017, to on or about July 5, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JUAN PEREZ-ESTRADA
SALOMON RIVERA
and
CARLOS ALBERTO GARZA**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

From on or about June 19, 2017, to on or about July 5, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JUAN PEREZ-ESTRADA
SALOMON RIVERA
and
CARLOS ALBERTO GARZA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 36 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

                                            A TRUE BILL

                                            _____
                                            FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY